# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JAMES WILSON, individually and as Administrator of the Estate of Ronda Wilson, deceased, et al.,** ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | **CAUSE NO. 007-425-WDS** |
| **GENERAL MOTORS CORPORATION, INC., et al.,** ) ) ) | |
| **Defendants.** ) | |

## O R D E R

**STIEHL, District Judge:**

The undersigned judge **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: June 12, 2007.**

                                                  **s/ WILLIAM D. STIEHL**
                                                      **DISTRICT JUDGE**


Case reassigned to United States District Judge Michael J. Reagan. All future pleadings shall bear Case No. 07-425-MJR.