IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JAMES WILSON, individually and as Administrator of the Estate of Ronda Wilson, deceased, et al.,** )<br>)<br>)<br>) | |
| **Plaintiffs,** )<br>) | |
| v. ) | **CAUSE NO. 007-425-WDS** |
| ) | |
| **GENERAL MOTORS CORPORATION, INC., et al.,** )<br>)<br>) | |
| **Defendants.** ) | |

## O R D E R

**STIEHL, District Judge:**

The undersigned judge **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: June 12, 2007.**

s/ WILLIAM D. STIEHL
DISTRICT JUDGE


Case reassigned to United States District Judge Michael J. Reagan.  All future pleadings shall bear Case No. 07-425-MJR.